**DENIED and Opinion Filed June 7, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-00527-CV**

_____

**IN RE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
AND TODD JOSEPH DAUPER, Relators**

**Original Proceeding from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-23-00225-D**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Nowell, and Miskel
Opinion by Justice Miskel

In their May 30, 2023 petition for writ of mandamus, relators seek relief from the trial court's denial of their motion for abatement.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the record before us, we conclude that relators have failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Having denied the petition, we also deny relators' motion for temporary relief as moot.

230527.p05

/Emily Miskel/
EMILY MISKEL
JUSTICE